**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Matra Petroleum Oil & Gas, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  PG-M International, LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3895096** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **708 Main St., Floor 9** <br> **Houston, TX 77002** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** <br> County | **Location of principal assets, if different from principal place of business** <br> **Borger, TX** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Matra Petroleum Oil & Gas, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Matra Petroleum Oil & Gas, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Matra Petroleum Oil & Gas, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 31, 2019**
MM / DD / YYYY

X /s/ Drew McManigle
Signature of authorized representative of debtor

Drew McManigle
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X /s/ Melissa A. Haselden
Signature of attorney for debtor

Date **July 31, 2019**
MM / DD / YYYY

Melissa A. Haselden
Printed name

Hoover Slovacek LLP
Firm name

5051 Westheimer
Suite 1200
Houston, TX 77056
Number, Street, City, State & ZIP Code

Contact phone **713.977.8686**   Email address **haselden@hooverslovacek.com**

**00794778 TX**
Bar number and State

Debtor  **Matra Petroleum Oil & Gas, LLC**                               Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Matra Petroleum Operating, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Matra Petroleum USA, Inc.** | | Relationship to you | **Parent** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Matra Terra, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |

# WRITTEN CONSENT OF THE MANAGER
# OF MATRA PETROLEUM OIL & GAS, LLC

The undersigned, being the Manager of Matra Petroleum Oil & Gas, LLC, a Texas limited liability company (the "Company"), and pursuant to the provisions of the Texas statutes and Company Agreement, hereby consents to the adoption of the following resolutions and to the action authorized in such resolutions being taken by the Manager in lieu of a meeting thereof:

**RESOLVED**, that the Company should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

**RESOLVED**, that that MACCO Restructuring Group, LLC, is authorized to act as Financial Advisor and Drew McManigle is designated as Chief Restructuring Officer of the Company ("Company Representative") and is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other others instruments necessary to prosecute the Bankruptcy Case;

**RESOLVED**, that the Company is authorized and directed to employ and retain the firm of Hoover Slovacek LLP, Attorneys at Law, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Company Representative or Manager to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the Company Representative or Manager, for and on behalf and in the name of this Company, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being the Manager of the Company hereby consents to the foregoing effective the 17 day of July, 2019.

**MATRA PETROLEUM OIL & GAS LLC,**
**a Texas limited liability company**

By: _____
Maxim Barski, Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Matra Petroleum Oil & Gas, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cargill, Inc. 9350 Excelsior Blvd. Hopkins, MN 55343-9434 | | | | | | $5,400.00 |
| Melody Business Finance, LLC 60 Arch Street, 2nd Floor Greenwich, CT 06830 | | Deficiency Claim | | | | Unknown |
| Pricewaterhouse Coopers LLP P. O. Box 952282 Dallas, TX 75395-2282 | | | | | | $40,000.00 |
| Sprouse Shrader Smith P. O. Box 15008 Amarillo, TX 79105-5008 | | | | | | $3,715.31 |
| Vladimir Lenskiy 969 North St. Greenwich Greenwich, CT 06831 | | Pending Litigation | Contingent Unliquidated Disputed | | | $2,476,039.49 |
| Zukowski Bresenhan & Piazza LLP 1177 West Loop South Suite 950 Houston, TX 77027 | | | | | | $16,655.66 |

# United States Bankruptcy Court
## Southern District of Texas

In re: **Matra Petroleum Oil & Gas, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 31, 2019**

/s/ Drew McManigle
Drew McManigle/Chief Restructuring Officer
Signer/Title

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin, TX 78714-9080


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P O Box 12548
Austin, TX 78711-2548


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service - Houston
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002


Cargill, Inc.
9350 Excelsior Blvd.
Hopkins, MN 55343-9434


Carson Appraisal District
102 S. Main St.
Panhandle, TX 79068


Carson County Appraisal District
102 S. Main St.
Panhandle, TX 79068


Gray County Appraisal District
815 N. Sumner Street
Pampa, TX 79065-5232

Gray County Appraisal District
P.O. Box 836
Pampa, TX 79066-0836

Hutchinson County Tax Assessor
500 Main St., Suite 201
Stinnett, TX 79083

Matra Petroleum Operating, LLC
708 Main St., 9th Floor
Houston, TX 77002

Matra Petroleum USA, Inc.
708 Main St., Floor 9
Houston, TX 77002

Melody Business Finance, LLC
60 Arch Street, 2nd Floor
Greenwich, CT 06830

Melody Business Finance, LLC
c/o Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002

Moore County Tax Office
PO Box 616
500 S. Dumas Ave.
Dumas, TX 79029-0616

Pricewaterhouse Coopers LLP
P. O. Box 952282
Dallas, TX 75395-2282

Sherman County Appraisal District
P.O. Box 239
Stratford, TX 79084-0239


Sprouse Shrader Smith
P. O. Box 15008
Amarillo, TX 79105-5008


Vladimir Lenskiy
969 North St. Greenwich
Greenwich, CT 06831


Vladimir Lenskiy
c/o Logan E. Johnson
Schiffer Hicks Johnson, PLLC
700 Louisiana, Suite 2650
Houston, TX 77002

Vladimir Lenskiy
c/o Misty Segura
Cokinos
1221 Lamar Stree, 16th Floor
Houston, TX 77010-3039

Zukowski Bresenhan & Piazza LLP
1177 West Loop South
Suite 950
Houston, TX 77027